JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Leticia Pagkalinawan and Proposed Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LETICIA PAGKALINAWAN, *on behalf of herself and those similarly situated,*<br><br>                    Plaintiff,<br><br>        v.<br><br>MONTEREY FINANCIAL SERVICES, LLC dba MONTEREY COLLECTION SERVICES,<br><br>                    Defendant. | CIVIL NO. CV 22-00343 JMS-WRP<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION; CERTIFICATE OF SERVICE |

## NOTICE OF DISMISSAL
## WITHOUT PREJUDICE OF ENTIRE ACTION

**Comes now the Plaintiff,** by and through her counsel, Justin A. Brackett, and files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The above-entitled action shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party.  There are no

answer(s) to the complaint and no motions for summary judgment have been filed. There are no claims, counterclaims, cross-claim, or any third-party claims remaining.

Respectfully submitted this 28th day of September, 2022.

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.
*Attorney for Plaintiffs*
Leticia Pagkalinawan and Class Members

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, September 29, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge